NO. 07-12-0286-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 20, 2012

_____

RANDY JENNINGS,

Appellant

v.

WELLS FARGO BANK, N.A.,

Appellee

_____

FROM THE 353rd DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GN-10-001595; HON. TIM SULAK, PRESIDING

_____

*Order of Dismissal*

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Randy Jennings filed a notice of appeal on January 30, 2012. We dismiss the appeal. The clerk's record was filed on May 30, 2012, and the reporter advised this court that there has been no request for the reporter's record. The appeal was dismissed on July 23, 2012, because the filing fee had not been paid. Appellant filed a motion for rehearing and paid the filing fee on August 7, 2012, and the case was reinstated on August 8, 2012. Appellant's brief was due on September 27, 2012. No brief was filed by that date, so the Court notified appellant on October 4, 2012, that the

due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by October 15, 2012, the appeal would be dismissed for want of prosecution. The brief was filed on October 11, 2012, but the brief did not comply with the Texas Rules Appellate Procedure. Appellant was directed to file a corrected brief on or before November 1, 2012, and told that the failure to do so would result in the dismissal of the appeal. To date, no brief or motion to extend the deadline has been filed.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam